IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:09CV341

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ENTRY OF DEFAULT** |
| v. | ) | |
| | ) | **AGAINST ALL** |
| $32,820.00 IN UNITED STATES CURRENCY, | ) ) | **PERSONS AND ENTITIES** |
| | ) | |
| Defendant. | | |

UPON MOTION and showing by the United States that it has published notice of this action as required by law and that personal notice has either been accomplished or attempted as evidence by the underlying Motion and the record, including the Court's file, and that

**ALL PERSONS AND ENTITIES**

have not filed any response, claim, or other pleading in this matter, or have withdrawn such pleading, it appears that there has been failure to plead or otherwise defend as required applicable rules ans statutes, and, therefore, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the Clerk hereby enters default against such potential claimants.

Signed: November 9, 2009

Frank G. Johns, Clerk
United States District Court

1